UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S. BANK TRUST NATIONAL ASSOCIATION, not in its individual capacity, but solely as DELAWARE TRUSTEE OF GS MORTGAGEBASED SECURITIES TRUST 2023-CCM1,<br><br>Plaintiff,<br><br>-against-<br><br>KEITH ACKERSON, et al.,<br><br>Defendants. | 25-CV-9893 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

In light of the fact that Defendants have not answered or otherwise made an appearance in this action, IT IS HEREBY ORDERED that Plaintiff shall file a motion for default judgment in accordance with the Court's Individual Rules and Local Rule 55 no later than **July 29, 2026**. Failure to timely file a motion for default judgment may result in dismissal for failure to prosecute.

Dated: July 15, 2026
White Plains, New York

SO ORDERED.

Jessica Clarke

JESSICA G. L. CLARKE
United States District Judge